**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MR. TONY MCCLENDON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| P.O. CAROL ENOCH (BADGE NO. 2017), et al. : | | NO. 02-4630 |

**O R D E R**

AND NOW, this        day of July, 2002, plaintiff having failed to submit a certified copy of his inmate trust fund account statement for the entire six-month period preceding the receipt of his complaint in this Court on July 11, 2002, as required by 28 U.S.C. § 1915,[1] it is hereby ORDERED that:

1.    Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice; and

2.    The Clerk shall CLOSE this case statistically.

**BY THE COURT:**

_____

**STEWART DALZELL, J.**

_____

1.  Plaintiff must get a certified account statement from any prison in which he was incarcerated during the six-month period from January 11, 2002 to July 11, 2002.  To give plaintiff a clear picture of what the law requires, we attach an outline of filing information.