```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TONY McCLENDON              :      CIVIL ACTION
                            :
     v.                     :
                            :
OFFICER TODD LEWIS et al.   :      NO. 02-4630
_____
TONY McCLENDON              :      CIVIL ACTION
                            :
     v.                     :
                            :
CAROL ENOCH                 :      NO. 02-7433
```

## ORDER

AND NOW, this 29th day of October, 2003, upon consideration of plaintiff's request for entry of default and motion for default judgment, and the Court finding that the Clerk erroneously docketed the motion for default judgment under Civil No. 02-4630 (a closed case) and neglected altogether to docket the request for the entry of default, it is hereby ORDERED that:

1. The Clerk shall REMOVE plaintiff's motion for default judgment (docket entry # 3) from the docket for Civil No. 02-4630; and

2. The Clerk shall DOCKET under Civil No. 02-7433 plaintiff's (a) request for the entry of default and (b) motion for default judgment.

                              BY THE COURT:


                              _____
                              Stewart Dalzell, J.